IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**DIMITRIC SALTERS,**

    *Plaintiff*,

v.                       Case No.:  4:21cv241-MW/MJF

**LEON COUNTY SCHOOLS,**

    *Defendant*.
_____/

## ORDER STAYING DEADLINES

This Court has considered, without hearing, Defendant's opposed Motion to Stay Discovery and Pretrial Deadlines Pending Resolution of Defendant's Motion to Dismiss. ECF No. 11. Without telegraphing anything related to this Court's ultimate resolution of the motion to dismiss, the greater need of the moment is to resolve Defendant's motion to dismiss. ECF No. 10. Accordingly, the motion to stay is **GRANTED**. All discovery and pretrial deadlines are **STAYED until this Court resolves the motion to dismiss**.

    SO ORDERED on August 16, 2021.

                                                *s/Mark E. Walker*        
                                                **Chief United States District Judge**