# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

DIMITRIC SALTERS,

    Plaintiff,

vs.　　　　　　　　　　　　　　　　CASE NO.: 4:21-cv-00241-MW-MJF

LEON COUNTY SCHOOLS,

    Defendant.

_____/

## LEON COUNTY SCHOOL BOARD'S NOTICE OF INTENT TO RELY ON CRIMINAL CONVICTION FOR IMPEACHMENT

The Leon County School Board ("Board"), improperly identified in the Complaint as Leon County Schools, hereby provides notice, pursuant to Fed. R. Evid. 609(b)(2), of its intent to use the December 20, 1991 conviction of witness Jared Lee for False Statement for impeachment at trial and all other appropriate times during the litigation of this case. A certified copy of the conviction has been provided to counsel for Plaintiff, but not filed with the Court.

Respectfully submitted,

/s J. David Marsey
J. DAVID MARSEY
Florida Bar No.: 0010212
E-mail: dmarsey@rumberger.com
KAYLA E. PLATT RADY
Florida Bar No.: 0117896
E-mail: krady@rumberger.com
RUMBERGER, KIRK, & CALDWELL, P.A.
101 North Monroe Street, Suite 120
Tallahassee, Florida 32301
Tel: 850.222.6550
Fax: 850.222.8783
Attorneys for Leon County School Board

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 20, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: **Richard Collins at dick@collinstruett.com (Counsel for Plaintiff)**.

/s J. David Marsey
J. DAVID MARSEY
Florida Bar No.: 0010212
E-mail: dmarsey@rumberger.com
KAYLA E. PLATT RADY
Florida Bar No.: 0117896
E-mail: krady@rumberger.com
RUMBERGER, KIRK, & CALDWELL, P.A.
101 North Monroe Street, Suite 120
Tallahassee, Florida 32301
Tel: 850.222.6550
Fax: 850.222.8783
Attorneys for Leon County School Board