UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

DIMITRIC SALTERS,

    Plaintiffs,

v.                              CASE NO.: 4:21-cv-00241
                                JUDGE: Mark Walker

LEON COUNTY SCHOOLS,

    Defendant.

_____/

## RE-AMENDED NOTICE OF TAKING DEPOSITION

TO:    **All Counsel**

PLEASE TAKE NOTICE that the undersigned counsel for Plaintiff, DIMITRIC SALTERS, will take the deposition, by oral examination, of the person or persons named below, at the time, on the date, at the hour and at the place indicated before an Associate or Deputy Court Reporter and Notary Public of Phipps Reporting, or any other duly qualified officer who is not of counsel to either of the parties or interested in the event of the cause. This deposition is being taken for the purpose of discovery, for use as evidence and for such other uses as are permitted by the Florida Rules of Civil Procedure and other applicable law.

| DEPONENT | DATE | TIME | LOCATION |
|---|---|---|---|
| Deputy Sheriff Jimmy Salters | May 27, 2022 | 9:00 a.m. (ET) | Call over Zoom[1] |
| Jared Lee | May 27, 2022 | 1:00 p.m. (ET) | Call over Zoom |

---

[1] Zoom link to be sent by later email.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on May 6, 2022, pursuant to Fed. R. Civ. P. 5, and Fla.R.Jud.Admin. 2.516, a true and a correct copy of the foregoing was electronically filed with the Clerk of Court via the Florida Courts eFiling Portal, which will send a copy via electronic mail to all Counsel of Record listed on the attached Service List.

    Respectfully submitted,

    */s/ Richard Collins*
    Richard B. Collins
    Florida Bar No. 161195
    Collins & Truett Attorneys, P.A.
    113 South Monroe Street
    Tallahassee, Florida 32301
    Telephone: (850) 765-5798
    E-Mail: dick@collinstruett.com

## SERVICE LIST

David Marsey, Esq.
RumbergerKirk
101 North Monroe Street, Suite 120
Tallahassee, FL 32301
Telephone: (850) 841-8365
E-mail: dmarsey@rumberger.com